IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CINDY HILBERT and<br>JOSEPH HILBERT, h/w<br>2940 Gottschall Road<br>Perkiomenville, PA 18074<br>Plaintiffs<br>v.<br><br>WESTFIELD INSURACE COMPANY<br>1 Park Circle, P.O. Box 5001<br>Westfield Center, OH 44251-5001<br>Defendant | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO.<br><br><br><br><br><br><br><br><br>JURY TRIAL DEMANDED |

**COMPLAINT**

AND NOW, comes the Plaintiffs, Cindy Hilbert and Joseph Hilbert, by and through their counsel, Mullaney & Mullaney, LLC, and bring these causes of action against the Defendant, Westfield Insurance Company, and in support thereof, aver the following:

1. Plaintiffs, Cindy Hilbert and Joseph Hilbert, are adult individuals and husband and wife who reside at 2940 Gottschall Road, Perkiomenville, Montgomery County, Pennsylvania.

2. Defendant, Westfield Insurance Company, (hereinafter "Westfield"), is a corporation or other entity authorized to conduct business and issue policies of insurance in the Commonwealth of Pennsylvania. At all times relevant herein, Westfield maintained an office and principal place of business at 1 Park Circle, Westfield Center, Ohio.

3. At all times relevant herein, Defendant, Westfield, acted by and through its agents, (ostensible, apparent or actual) workers, servants, contractors, independent contractors, adjusters, claims representatives, managers, officers, and/or employees, all of whom were acting within the course and scope of their agency, employment, and/or authority and in furtherance of Defendant's business.

**JURISDICTION**

4. The matter in controversy exceeds the sum or value of $75,000.00, exclusive of interest and costs, and is between citizens of the Commonwealth of Pennsylvania and the state of New Hampshire.

5. Original jurisdiction is proper in the United States District Court of the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1332.

**FACTS**

6. On October 16, 2023, Plaintiff, Cindy Hilbert, was employed as an office administrator for Budget Store & Lock, Inc. at its facility located at 500 Jackson Road in Gilbertsville, Pennsylvania.

7. On the aforesaid date at approximately 11:53 a.m., Plaintiff, Cindy Hilbert was sitting at her desk inside the Budget Store & Lock, Inc. office at 500 Jackson Road in Gilbertsville, Pennsylvania.

8. At the aforesaid time and place, Nicholas Tausendfreundt, was operating a blue 2000 Chrysler Town and Country and was traveling on a driveway in the direction of the Budget Store & Lock, Inc's office when, suddenly and without warning, he crashed into the east side of the Budget Store & Lock, Inc's office and struck Ms. Hilbert's desk and other objects that struck Plaintiff, Cindy Hilbert, causing severe injuries and damages as more fully set forth hereinafter.

**COUNT I**
**CINDY HILBERT v. WESTFIELD INSURANCE COMPANY**

9. Plaintiffs incorporate by reference the averments of Paragraphs 1 through 8 as if the same were fully set forth at length therein.

10. As direct and proximate result of the accident described above, Plaintiff, Cindy Hilbert, sustained serious and permanent injuries to her bones, muscles, tendons, ligaments, cartilage, organs, tissues, nerves, skin and body, including, but not limited to the following: closed head injuries, concussion, post-concussion syndrome, visual disturbances, dizziness, herniated cervical discs at C6-7 and C7-T1, cervical radiculopathy, cervicalgia, myofascial pain, aggravation of cervical spondylosis, posterior tibial plateau fracture of left

knee, chondromalacia of the left patellae, left knee pain, anterior medial thigh pain, rupture of right shoulder rotator cuff, right subscapularis tear, bursal fraying of the supraspinatus, anterior to posterior tear of superior glenoid labrum of right shoulder, biceps sling tear, glenohumeral chondrosis, moderate supraspinatus tendinosis, stiffness of right shoulder, fracture of scaphoid of right wrist, pain in right shoulder, osteoarthritis of joint of right wrist, right radiocarpal osteoarthritis, pain in right wrist, right foot pain, metatarsalgia of right foot, other possible or actual aggravations of underlying conditions, all of which have caused pain and suffering and may continue to do so for an indefinite time into the future.

11. As a further direct and proximate result of the accident as described above, Plaintiff, Cindy Hilbert, has been obliged to receive and undergo medical attention and care, and to expend large sums of money or to incur various expenses in an effort to effect a cure of her aforesaid injuries, and she may be obligated to continue to receive and undergo medical attention and care and continue to expend such some sums or incur such expenditures for an indefinite time in the future.

12. As a further direct and proximate result of the accident as described above, Plaintiff, Cindy Hilbert, has not been able to attend to her regular duties and obligations and has suffered a loss, diminution and/or depreciation of her earnings and earning capacity for which she has suffered, is suffering and will continue to suffer for an indefinite period of time into the future.

13. As direct and proximate result of the accident as described above, Plaintiff, Cindy Hilbert, was or may be caused to undergo pain, suffering, discomfort, humiliation, loss of self-esteem, embarrassment, disfigurement, anxiety, mental anguish, emotional distress, loss of enjoyment of life and loss of life's pleasures, and will continue to experience the same for an indefinite period of time in the future.

14. As a direct and proximate result of the accident as described above, Plaintiff, Cindy Hilbert, has and may hereafter incur other financial expenses or losses, which do or may exceed amounts that she may be otherwise entitled to recover under the PA MVFRL.

15. At the time of the aforesaid accident, the tortfeasor, Nicholas Tausendfreundt, was operating a vehicle owned by Kim-Karlyne De Carlo and insured by State Farm Insurance Company with bodily injury liability limits in the sum of $50,000/$100,000.

16. At the time of the aforesaid accident, the tortfeasor, Nicholas Tausendfreundt, maintained no automobile liability coverage in his name, personally.

17. On or about April 25, 2024, State Farm Mutual Automobile Insurance Company, with Westfield's consent, settled Cindy and Joseph Hilbert's third-party claim against Nicholas Tausendfreundt and Kim-Karlyne De Carlo, for its insured's liability limits the sum of $50,000.

18. The tortfeasor's bodily injury liability limits were not adequate to compensate Plaintiffs for the injuries and damages sustained as a result of the subject accident.

19. At the time of the aforesaid accident, Plaintiffs, Joseph and Cindy Hilbert, were insureds under an automobile insurance policy through Defendant, Westfield, pursuant to Policy WNP 355699M. A copy of the applicable Declarations Page is attached hereto as Exhibit "A".

20. Prior to the subject accident, Plaintiffs, Joseph and Cindy Hilbert, purchased insurance coverages under Policy WNP 355699M from Westfield including underinsured motorist benefits coverage in the sum of $500,000 with stacking.

21. As a result of Cindy and Joseph Hilbert's selection of the underinsured motorist benefits under the policy, Cindy and Joseph Hilbert paid and Westfield accepted premium payments.

22. On or about August 11, 2025, counsel for Plaintiffs submitted a settlement demand upon Defendant, Westfield, for Plaintiff's underinsured motorist benefits limits along with supporting documentation.

23. Plaintiff's medical records establish, in part, that Plaintiff, Cindy Hilbert, suffered significant injuries as a result of the accident, and that Plaintiff's injuries, symptoms and residual issues are ongoing along with her medical treatment, and will continue for an indefinite time into the future and/or are permanent.

24. Moreover, Plaintiffs fully complied with all the terms, conditions and duties required under the applicable policy of insurance with Defendant, Westfield Insurance Group.

25. On September 16, 2025, Defendant, Westfield Group, extended an offer in the sum of $75,000 to resolve Plaintiff's underinsured motorist claim.

26. On September 19, 2025, said offer was rejected and a request for a full-value offer was demanded.

27. On October 1, 2025, Westfield extended a second offer in the sum of $100,000.00, which was also rejected.

28. Defendant has failed to reasonably investigate Plaintiff's underinsured motorist claim since a thorough and proper inquiry would have revealed that Plaintiff sustained serious and permanent injuries.

29. Defendant has failed objectively and fairly to evaluate the Plaintiff's claims.

30. Defendant has failed to promptly offer payment of the fair and reasonable value of Plaintiff's underinsured motorist claim.

31. As the insurer of Plaintiffs, Westfield, owes a fiduciary, contractual and statutory duty to Plaintiffs to investigate, evaluate, and negotiate Plaintiff's underinsured motorist claim in good faith and to arrive at a prompt, fair and equitable settlement.

32. For the reasons set forth above, Defendant, Westfield, has violated its obligations under the subject insurance policy, its obligations as an insurer, and has breached its insurance contract with the Plaintiff for which Defendant is liable for damages as set forth above.

WHEREFORE, Plaintiffs, Cindy Hilbert and Joseph Hilbert, respectfully request that this Honorable Court enter judgment in their favor and against Defendant, Westfield Insurance Company, in an amount excess of $75,000.00 together with interest, costs, delay damages, pursuant to Pennsylvania Rule of Civil Procedure 238, as may be permitted under the law, and any other relief this court deems appropriate.

## COUNT II

## JOSEPH HILBERT v. WESTFIELD INSURANCE COMPANY

33. Plaintiffs incorporate by reference the averments of Paragraphs 1 through 30 as if the same were fully set forth at length herein.

34. As a result of the injuries sustained by his wife, Joseph Hilbert has been and may be compelled to expend monies for medical aid, medicines and the like in an effort to cure her.

35. As a result of the injuries to his wife, Joseph Hilbert has been and/or will be deprived of his wife's aid, services, comfort, consortium, society, companionship and affection.

WHEREFORE, Plaintiffs, Cindy Hilbert and Joseph Hilbert, respectfully request that this Honorable Court enter judgment in their favor and against Defendant, Westfield Insurance Company, in an amount excess of $75,000.00 together with interest, costs, delay damages, pursuant to Pennsylvania Rule of Civil Procedure 238, as may be permitted under the law, and any other relief this court deems appropriate.

Respectfully Submitted,

MULLANEY & MULLANEY, LLC

By: ______________________________

GERALD J. MULLANEY, JR., ESQUIRE
Attorney for Plaintiffs,
Cindy and Joseph Hilbert
Attorney I.D. No. 58161
MULLANEY & MULLANEY, LLC
3881 Skippack Pike
PO Box 1368
Skippack, PA 19474-1368
(610) 584-4416
gmullaney@mullaneylaw.com

# EXHIBIT "A"

WNP 3 556 99M 00 1X 09/25/23 51

WESTFIELD

# WESPAK POLICY
## DECLARATIONS PAGE

1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

NEW DECLARATION EFFECTIVE 09/27/23

| POLICY NUMBER | POLICY PERIOD FROM | TO | COMPANY PROVIDING COVERAGE | AGENCY | P |
|---|---|---|---|---|---|
| WNP 3556699M | 09/27/23 | 09/27/24 | AMERICAN SELECT INSURANCE COMPANY | 3704433 | CPQ |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| JOSEPH & CINDY HILBERT<br>2940 GOTTSCHALL RD<br>PERKIOMENVILLE PA 18074-9546 | GRIFFIN & GRIFFIN FIN SVCS INC<br>TELEPHONE 610-277-9202<br>PO BOX 266<br>FAIRVIEW VILLAGE PA 19409-0266 |

STATEMENT OF PREMIUM WIC ACCOUNT NO. 3770285488

| | |
|---|---|
| HOMEOWNERS SECTIONS II & III | $965.00 |
| AUTO SECTIONS IV, V & VI | $829.00 |
| TOTAL PREMIUM FOR THESE POLICY SECTIONS | $1,794.00 |
| WIC BILLING: ANNUAL | |

THE POLICY PERIOD BEGINS AND ENDS AT 12:01 AM STANDARD TIME AT THE PREMISES OF THE INSURED LOCATED AT THE ADDRESS STATED HEREIN.

HOMEOWNERS RATING INFORMATION - FRAME, TERRITORY 46, MONTGOMERY COUNTY, LOCATION FACTOR BASED ON CENSUS TRACT 208400, 1 FAMILY, TYPE OF ROOF: ASPHALT, ROOF YEAR: 2016, YEAR BUILT: 1985, PROTECTION STATUS IS PARTIALLY PROTECTED, DISTANCE TO FIRE STATION IS 5 MILES OR LESS, SUPPORTING AUTO DISCOUNT APPLIES, ALARM/PROTECTIVE DEVICES CREDIT, ADVANCE QUOTE DISCOUNT.

HOMEOWNERS COVERAGES
DEDUCTIBLE--IN CASE OF LOSS UNDER SECTION II, WE COVER ONLY THAT PART OF THE LOSS OVER $1000

COVERAGE AT THE ABOVE DESCRIBED LOCATION IS PROVIDED ONLY WHERE A LIMIT OF LIABILITY IS SHOWN OR A PREMIUM IS STATED.

| SECTION II | LIMIT OF LIABILITY | PREMIUMS |
|---|---|---|
| A. DWELLING | $485,000 | $965 |
| B. OTHER STRUCTURES | $48,500 | |
| C. PERSONAL PROPERTY | $363,750 | |
| D. LOSS OF USE | $242,500 | |
| **SECTION III** | | |
| E. PERSONAL LIABILITY | $500,000 EACH OCCURRENCE | |
| F. MEDICAL PAY. TO OTHERS | $1,000 EACH PERSON | |
| ADJUSTED BASIC PREMIUM | | $965.00 |

ADDITIONAL PREMIUMS OR CREDITS

| | |
|---|---|
| SPECIFIED ADDITIONAL AMOUNT OF INS COV A | INCL |
| TOTAL ANNUAL PREMIUM | $965.00 |

CONTINUED ON NEXT PAGE



*000000WNP3556699M3744332173*



WESTFIELD

# WESPAK POLICY DECLARATIONS PAGE

1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

NEW DECLARATION EFFECTIVE 09/27/23

| POLICY NUMBER | POLICY PERIOD FROM | TO | COMPANY PROVIDING COVERAGE | AGENCY | P |
|---|---|---|---|---|---|
| WNP 355699M | 09/27/23 | 09/27/24 | AMERICAN SELECT INSURANCE COMPANY | 3704433 | CPQ |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| JOSEPH & CINDY HILBERT<br>2940 GOTTSCHALL RD<br>PERKIOMENVILLE PA 18074-9546 | GRIFFIN & GRIFFIN FIN SVCS INC<br>TELEPHONE 610-277-9202<br>PO BOX 266<br>FAIRVIEW VILLAGE PA 19409-0266 |

THIS POLICY PROVIDES FULL TORT COVERAGE FOR LIABILITY

PERSONAL AUTO

**SECTION VI - DAMAGE TO YOUR AUTO PROVIDES COLLISION DAMAGE TO RENTAL VEHICLES UNDER THE DEFINITION OF A "NON-OWNED AUTO". COVERAGE IS LIMITED BY THE PROVISIONS AND EXCLUSIONS THAT APPLY TO SECTION VI. NO COVERAGE IS PROVIDED: (1)IF WE DO NOT PROVIDE COLLISION COVERAGE FOR ANY "YOUR COVERED AUTO" SHOWN IN THE DECLARATIONS; (2)FOR LOSS OF USE OF THE RENTED VEHICLE; OR (3)FOR VEHICLES RENTED ON A REGULAR BASIS OR FOR MORE THAN 30 DAYS. DEPENDING ON THE TERMS OF THE RENTAL CONTRACT, ADDITIONAL LIMITATIONS ON COVERAGE MAY APPLY.**

CREDITS/DISCOUNTS

5% PRIOR CARRIER DISCOUNT APPLIES TO UNIT 01

30% PASSIVE RESTRAINT DISC APPLIES TO UNIT 01

15% ANTI-THEFT DEVICE DISC APPLIES TO UNIT 01

5% ANTI-LOCK BRAKING SYSTEM DISCOUNT APPLIES TO UNIT 01

PREFERRED PAYMENT DISCOUNT APPLIES TO UNIT 01

ADVANCE QUOTE DISCOUNT APPLIES TO UNIT 01

UNIT:001 LOCATION FACTOR BASED ON CENSUS TRACT 208400

VEHICLES COVERED

| UNIT | ST | TER | YR | MAKE-DESCRIPTION | VEHICLE ID NUMBER | COST CMP SYM | NEW COL SYM | CLASS |
|---|---|---|---|---|---|---|---|---|
| 001 | PA | 102 | 17 | VLVO XC60 T6 AWD | YV449MRU1H2109925 | 25 | 28 | 8G8200 |

DRIVERS

| DRIVER 01 | BIRTHDATE | DRIVER 02 | BIRTHDATE |
|---|---|---|---|
| JOSEPH HILBERT | 12/12/56 | CINDY HILBERT | 03/23/57 |

PERSONAL AUTO INSURANCE IS PROVIDED ONLY WHERE A PREMIUM OR "INCL" IS SHOWN FOR THE COVERAGE

| COVERAGE | LIMITS OF LIABILITY | PREMIUMS UNIT 1 |
|---|---|---|
| SECTION-IV | | |
| G. LIABILITY- | $500,000 EACH ACCIDENT | 208 |
| SECTION-V | | |
| UNINSURED MOTORISTS- STACKED | | |
| BODILY INJURY- | $500,000 EACH ACCIDENT | 12 |
| UNDERINSURED MOTORISTS- STACKED | | |
| BODILY INJURY- | $500,000 EACH ACCIDENT | 88 |

CONTINUED ON NEXT PAGE



*000000WNP355699M3744332l8*

WESTFIELD

# WESPAK POLICY DECLARATIONS PAGE

1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

NEW DECLARATION EFFECTIVE 09/27/23

| POLICY NUMBER | POLICY PERIOD FROM | TO | COMPANY PROVIDING COVERAGE | AGENCY | P |
|---|---|---|---|---|---|
| WNP 3556991M | 09/27/23 | 09/27/24 | AMERICAN SELECT INSURANCE COMPANY | 3704433 | CPQ |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| JOSEPH & CINDY HILBERT<br>2940 GOTTSCHALL RD<br>PERKIOMENVILLE PA 18074-9546 | GRIFFIN & GRIFFIN FIN SVCS INC<br>TELEPHONE 610-277-9202<br>PO BOX 266<br>FAIRVIEW VILLAGE PA 19409-0266 |

PERSONAL AUTO INSURANCE IS PROVIDED ONLY WHERE A PREMIUM OR "INCL" IS SHOWN FOR THE COVERAGE

| COVERAGE | LIMITS OF LIABILITY | PREMIUMS UNIT 1 51 |
|---|---|---|
| FIRST PARTY BENEFITS: | | |
| ADDED MEDICAL EXPENSE BENEFIT- | $100,000 | |
| ADDED FUNERAL EXPENSE BENEFIT- | $1,500 | |
| ADDED ACCIDENTAL DEATH BENEFIT- | $5,000 | |
| SECTION-VI | | |
| K. DAMAGE TO YOUR AUTO | | |
| OTHER THAN COLLISION- ACV LESS | $250 DED | 160 |
| COLLISION- ACV LESS | $500 DEDUCTIBLE | 294 |
| TRANSPORTATION EXPENSES- | $50 PER DAY/$1,500 MAXIMUM | 7 |
| $100 ROADSIDE ASSISTANCE | | 9 |
| WESPAK AUTO PACKAGE COVERAGES: | | INCL |

$5,000/$2,000 DEATH BENEFIT
$500 PERSONAL CONTENTS COVERAGE
$150 PER DAY/$600 MAX. TRIP INTERRUPTION COVERAGE
LOAN/LEASE COVERAGE
$1,000 LIMITED CUSTOMIZING EQUIPMENT COVERAGE
$2,500 AIRBAG REPLACEMENT COVERAGE
$150 LOCKSMITH SERVICE
1-YEAR REPLACEMENT COST ON NEW AUTOS

TOTAL PREMIUM BY UNIT 829

ACCIDENT FORGIVENESS ELIGIBLE: ENDORSEMENT ACTIVITY AFTER THE DATE INDICATED ON THE UPPER RIGHT CORNER OF THIS PAGE MAY AFFECT ELIGIBILITY.

SECTION IV, V, VI TOTAL PREMIUM $829.00

---

CONTINUED ON NEXT PAGE



*000000WNP355699M3744433219*

WESTFIELD®

# WESPAK POLICY
## DECLARATIONS PAGE

1 Park Circle, P.O. Box 5001
Westfield Center, OH 44251-5001
www.westfieldinsurance.com

NEW DECLARATION EFFECTIVE 09/27/23

| POLICY NUMBER | POLICY PERIOD FROM | TO | COMPANY PROVIDING COVERAGE | AGENCY | P |
|---|---|---|---|---|---|
| WNP 355699M | 09/27/23 | 09/27/24 | AMERICAN SELECT INSURANCE COMPANY | 3704433 | CPQ |

| NAMED INSURED AND ADDRESS | AGENCY |
|---|---|
| JOSEPH & CINDY HILBERT<br>2940 GOTTSCHALL RD<br>PERKIOMENVILLE PA 18074-9546 | GRIFFIN & GRIFFIN FIN SVCS INC<br>TELEPHONE 610-277-9202<br>PO BOX 266<br>FAIRVIEW VILLAGE PA 19409-0266 |

APPLICABLE FORMS
WN3037 07/23* IL0910 07/02* HO2025 09/15* HO0496 08/05* WN0520 10/06*

FORM #--DATE--UNITS
WN3037 07/23 001
FORM #--DATE--UNITS
PA2340 07/17 001
FORM #--DATE--UNITS
PA0419 05/18 001

FORM #--DATE--UNITS
IL0910 07/02 001
FORM #--DATE--UNITS
PA0423 05/18 001
FORM #--DATE--UNITS
PA0551 05/18 001

---

---

00000000P00000000000P00000000000P000

GRIFFIN & GRIFFIN FIN SVCS INC 09/25/23
AUTHORIZED REPRESENTATIVE DATE

IN WITNESS WHEREOF, THIS COMPANY HAS CAUSED THIS POLICY TO BE SIGNED BY ITS PRESIDENT AND SECRETARY AND COUNTERSIGNED BY A DULY AUTHORIZED REPRESENTATIVE OF THE COMPANY IF REQUIRED BY LAW.

Frank A Carrino Secretary

Edward J. Largent III President

*000000WNP355699M3704433220*

 2805 (Ed. 11-05) HF